UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
POLICE BENEVOLENT ASSOCIATION OF          :
THE CITY OF NEW YORK, INC., *et al.*,     :
                                                             :
                                    Plaintiffs,    :              26-CV-3243 (VSB)
                                                             :
                        -against-                  :          **ORDER OF REFERENCE**
                                                             :
CITY OF NEW YORK, *et al.*,                :
                                                             :
                                    Defendants.   :
                                                             :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:        April 23, 2026
                   New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge