UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POLICE BENEVOLENT ASSOCIATION OF THE CITY
OF NEW YORK, INC. and PATRICK HENDRY, as
President of the Police Benevolent Association of the City
of New York, Inc.,

               Plaintiffs,

        -against-

CITY OF NEW YORK, NEW YORK CITY CIVILIAN
COMPLAINT REVIEW BOARD, SHERENE
CRAWFORD, in her official capacity as Interim Chair of
the New York City Civilian Complaint Review Board, and
JONATHAN DARCHE, in his official capacity as
Executive Director of the New York City Civilian
Complaint Review Board,

               Defendants.

Index. No. 26-cv-03243-VSB-KHP

**CERTIFICATE OF SERVICE**

---

I, **Heather Maxwell**, certify that:

    1.    I am over the age of 18 years, and am not a party to this proceeding.  I reside in Queens County, New York.

    2.    On April 22, 2026, I caused to be served (i) the four Summonses issued to Defendants City of New York, Sherene Crawford, in her official capacity as Interim Chair of the New York City Civilian Complaint Review Board, Jonathan Darche, in his official capacity as Executive Director of the New York City Civilian Complaint Review Board and New York City Civilian Complaint Review Board, (ii) the Complaint, (iii) the Civil Cover Sheet, (iv) the Rule 7.1 Statement, (v) Judge Broderick's Rules and (vi) the ECF Rules upon:

    New York City Law Department
    Attorney for Defendants
    100 Church Street
    New York, NY 10007
    ServiceECF@law.nyc.gov

2

via electronic mail at the address listed above being the address designated for that purpose.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2026.

*Heather Maxwell*
HEATHER MAXWELL