USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___07/02/2026___



**APPLICATION DENIED**

The Initial Case Management conference scheduled for **07/07/2026** will proceed as scheduled.

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge

07/02/2026

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Hanh H. Le**
*Assistant Corporation Counsel*
Labor & Employment Division
Phone: (212) 356-2695
hale@law.nyc.gov

July 1, 2026

**BY ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Police Benevolent Association of the City of New York, Inc. et al. v. City of New York, et al.;* Case No. 26-CV-03243-VSB-KHP

Dear Judge Parker:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write to respectfully request a short adjournment of the initial case conference, currently scheduled for July 7, 2026. This is Defendants' first request for an adjournment of the initial case conference. Plaintiffs object to this request because they believe an adjournment prejudices their member officers and that Defendants' anticipated motion to dismiss does not stay discovery.

By order dated June 22, 2026, Your Honor granted Defendants' application and extended Defendants' time to file their anticipated motion to dismiss the complaint until July 10, 2026. *See* ECF No. 28. In light of Defendants' July 10, 2026 deadline, and Defendants' continuing effort to explore a global resolution for both this action and a related CPLR Article 78 proceeding pending in New York state court, Defendants believe a short adjournment of the initial case conference will preserve judicial resources. Defendants anticipate being able to provide a more robust update to the Court, both regarding the status of any settlement negotiations as well as the arguments set forth in their anticipated motion to dismiss, at the adjourned conference date. Accordingly, Defendants respectfully request a short adjournment of the initial case management conference, currently scheduled for July 7, 2026.

I thank the Court for its understanding and consideration of this request.

Respectfully submitted,

*/s/ Hanh Le*

Hanh H. Le, Assistant Corporation Counsel

cc:    All counsel of record (via ECF)