SpencerFane
Golenbock

Matthew C. Daly
(212) 907-7329
mdaly@spencerfane.com

November 19, 2026

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Police Benevolent Association of the City of New York, Inc., et al. v. City of New York, et al.*, Case No. 26-cv-03243-VSB-KHP**

Dear Judge Parker:

This firm is counsel for plaintiffs Police Benevolent Association of the City of New York., Inc. ("PBA") and Patrick Hendry, President of the PBA (together, "Plaintiffs"). We write to request an extension of deadlines in the Case Management Order, dated July 8, 2026 ("CMO") [ECF 32]. Defendants consent to the amended schedule requested herein.

This is the parties' first request for an extension of the case management deadlines.

Since the time of the parties' status letter on September 4, 2026, Defendants filed their reply in support of their motion to dismiss on September 16, 2026, which completed the briefing on that motion. On October 2, 2026, Defendants provided written discovery responses and made an initial document production. Defendants deferred the production of certain documents pending entry of a confidentiality protective order, and their responses also gave rise to certain meet and confer issues. The parties subsequently engaged in meet and confer discussions and negotiated a confidentiality protective order, which was filed on October 22, 2026, and entered October 23, 2026. On October 21, 2026, in furtherance of the meet and confer process, the parties agreed on certain ESI search parameters for Defendants to conduct a supplemental search. On October 30, 2026, Defendants made a supplemental production, and they served document requests and interrogatories on Plaintiffs. Plaintiffs' responses to those discovery requests are currently due by November 30, 2026. Defendants also stated that they anticipate completing the ESI review and production in 45 days, which means Plaintiffs will not receive the results of that ESI review until mid-December 2026. The parties are continuing their discovery meet and confer.

Plaintiffs' review of Defendants' discovery responses and production also gave rise to certain nonparty discovery. Last week, Plaintiffs served three nonparty subpoenas. The responses

to those subpoenas are due in December, one of them contemplates a deposition in addition to documents, and the responses may give rise to additional sources of discovery.

In light of the ongoing discovery, we seek an extension of the case management deadlines to afford time to complete written and document discovery, nonparty discovery, and depositions. Additionally, Defendants' motion to dismiss is pending, and thus there has been no answer to the Complaint. Accordingly, we request the following adjournment of deadlines in the CMO:

| | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Completion of fact discovery, including depositions and subpoenas | December 31, 2026 | March 31, 2027 |
| Interrogatories and requests for admission | November 30, 2026 | March 1, 2027 |
| Expert discovery | January 29, 2027 | By three weeks before the close of fact discovery, the parties will meet and confer about a schedule for expert discovery and submit a proposal to the Court. |

Defendants' counsel stated that they consent to the modifications of the case management deadlines requested herein.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew C. Daly

cc (via ECF): All counsel of record